AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the



FILED
JAN 14 2014
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Thomas R. Davis
*Plaintiff/Petitioner*
v.
KCDF
*Defendant/Respondent*

Civil Action No. 3:14-CV-15
Varlan/Shirley

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Knox County Detention Facility.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ NA , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☒ No
(e) Gifts, or inheritances                            ☐ Yes    ☒ No
(f) Any other sources                                 ☐ Yes    ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: in carcerated

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: N.A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: unKnown at the moment.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1-12-14

Applicant's signature

Thomas Davis
Printed name

applicant: Thomas R. Davis
#523812

## CERTIFICATE

### TO BE COMPLETED BY AN AUTHORIZED
### CUSTODIAN OF INMATE ACCOUNTS

I certify that the applicant herein has the sum of $ 85.91 on account to his/her credit at the Knox County Detention Facility (institution where the applicant is currently incarcerated). I further certify that the average balance in the applicant's trust fund account during the last ~~six~~ three (KR) months was $ 72.34. A copy of the applicant's

10-8-13

trust fund account (or an institutional equivalent) for the last six months is attached hereto.

Karen Ridenour
Signature of Authorized Officer

Sworn to and subscribed before me this
27th day of Dec , 2013.

Kimberly Jo White
Notary Public

My commission expires 7/7/15

[Notary Seal: KIMBERLY JO WHITE, STATE OF TENNESSEE NOTARY PUBLIC, Comm. Exp. 7-7-2015, KNOX COUNTY]

12-21-13

## Trust Funds

Would you please fill out the inclosed form concerning my money balance,,, as well as my "average" balance for the time I spent in KCDF facility. Also,, Please sign & complete the form so that me & my lawyer can finish documentation & request for additional legal services. Also,, Please attach an additional copy of my trust fund account to form.

Please & Thanks!!!
T. Davis # 523812

 

# Resident Transactions

Transactions From 7/1/2013 12:00 AM to 12/27/2013 11:59 PM  Account: All Bank Accounts

## 523812 : DAVIS, THOMAS R
### KCDF 1C 113

Checking Main Balance: $85.91



| Receipt | Date | Type | Comment | Amount |
|---|---|---|---|---|
| 284765! | 12/22/2013 | BillPay | PAYMENT FOR TRANS 2847654 | -$3.00 |
| 284765 | 12/22/2013 | Bill | Kiosk Phone Deposits : Phone time ordered through the Phone System | |
| 284204( | 12/18/2013 | PayVoid | VOID TRANS 2777693 | $20.00 |
| 284204! | 12/18/2013 | BillVoid | VOID TRANS 2777692 : VOID PER NURSE DEANNA JONES | |
| 284204 | 12/18/2013 | PayVoid | VOID TRANS 2719751 | $10.75 |
| 284204: | 12/18/2013 | PayVoid | VOID TRANS 2771509 | $9.25 |
| 284204: | 12/18/2013 | BillVoid | VOID TRANS 2635595 : VOID PER NURSE DEANNA JONES | |
| 283991 | 12/17/2013 | BillPay | PAYMENT FOR TRANS 2839910 | -$45.39 |
| 283991( | 12/17/2013 | Bill | Commissary : COMMISSARY 12/17/2013 REF:8630 | |
| 283406: | 12/12/2013 | BillPay | PAYMENT FOR TRANS 2834062 | -$3.00 |
| 283406: | 12/12/2013 | Bill | Kiosk Phone Deposits : Phone time ordered through the Phone System | |
| 282938 | 12/10/2013 | BillPay | PAYMENT FOR TRANS 2829380 | -$4.95 |
| 282938( | 12/10/2013 | Bill | ATM Fees : Transaction Fee | |
| 282937! | 12/10/2013 | Add | MO# 532898 TONILLA DAVIS 247553 | $100.00 |
| 279976( | 11/19/2013 | BillPay | PAYMENT FOR TRANS 2799767 | -$3.00 |
| 279976 | 11/19/2013 | Bill | Kiosk Phone Deposits : Phone time ordered through the Phone System | |
| 279777! | 11/19/2013 | BillPay | PAYMENT FOR TRANS 2797778 | -$8.55 |
| 279777( | 11/19/2013 | Bill | Commissary : COMMISSARY 11/19/2013 REF:8523 | |
| 279621 | 11/18/2013 | CredPay | PAYMENT FOR TRANS 2796213 | $11.70 |
| 279621: | 11/18/2013 | Credit | Commissary : COMMISSARY CREDIT 11/18/2013 REF:8514 | |
| 278977! | 11/14/2013 | BillPay | PAYMENT FOR TRANS 2789778 | -$3.00 |

Case 3:14-cv-00015-TAV-DCP   Document 1   Filed 01/14/14   Page 5 of 7   PageID #: 5

| | | | | |
|---|---|---|---|---|
| 278977! | 11/14/2013 | Bill | Kiosk Phone Deposits : Phone time ordered through the Phone System | |
| 278507 | 11/12/2013 | BillPay | PAYMENT FOR TRANS 2785073 | -$37.88 |
| 278507: | 11/12/2013 | Bill | Commissary : COMMISSARY 11/12/2013 REF:8484 | |
| 277769: | 11/8/2013 | BillPay | PAYMENT FOR TRANS 2777692 | -$20.00 |
| 277769: | 11/8/2013 | Bill | MEDICAL : 11/05/13 | |
| 277151 | 11/6/2013 | BillPay | PAYMENT FOR TRANS 2771162 TO MEDICAL : 11/04/13 : PAID IN FULL | -$10.00 |
| 277151( | 11/6/2013 | BillPay | PAYMENT FOR TRANS 2724078 TO MEDICAL : 10/09/13 : PAID IN FULL | -$15.00 |
| 277150! | 11/6/2013 | BillPay | PAYMENT FOR TRANS 2635595 TO MEDICAL : 08/05/13 : PAID IN FULL | -$9.25 |
| 277150! | 11/6/2013 | BillPay | PAYMENT FOR TRANS 2771507 | -$4.95 |
| 277150 | 11/6/2013 | Bill | ATM Fees : Transaction Fee | |
| 277150( | 11/6/2013 | Add | MO# 631226 TONILLA DAVIS 817027 | $100.00 |
| 277116: | 11/6/2013 | Bill | MEDICAL : 11/04/13 | |
| 273554( | 10/18/2013 | CredPay | PAYMENT FOR TRANS 2735545 | $1.41 |
| 273554! | 10/18/2013 | Credit | Commissary : COMMISSARY CREDIT 10/18/2013 REF:8384 | |
| 273042: | 10/15/2013 | BillPay | PAYMENT FOR TRANS 2730421 | -$4.23 |
| 273042 | 10/15/2013 | Bill | Commissary : COMMISSARY 10/15/2013 REF:8358 | |
| 272407! | 10/10/2013 | Bill | MEDICAL : 10/09/13 | |
| 271975 | 10/8/2013 | BillPay | PAYMENT FOR TRANS 2635595 TO MEDICAL : 08/05/13 | -$10.75 |
| 271975( | 10/8/2013 | BillPay | PAYMENT FOR TRANS 2719749 | -$1.25 |
| 271974! | 10/8/2013 | Bill | ATM Fees : Transaction Fee | |
| 271974! | 10/8/2013 | Add | kiosk #1 | $17.00 |
| 271974( | 10/8/2013 | Open | RESIDENT RE-OPEN | $0.00 |
| 271439: | 10/3/2013 | Close | | |
| 271439 | 10/3/2013 | Release | RESIDENT RELEASE | |
| 271089 | 10/2/2013 | Open | RESIDENT RE-OPEN | $0.00 |
| 268125 | 9/11/2013 | Close | | |
| 268125( | 9/11/2013 | Release | RESIDENT RELEASE | |
| 267806! | 9/10/2013 | Open | RESIDENT RE-OPEN | $0.00 |
| 263559! | 8/7/2013 | Bill | MEDICAL : 08/05/13 | |
| 263415( | 8/6/2013 | Close | | |
| 263415! | 8/6/2013 | Release | RESIDENT RELEASE | |
| 263213: | 8/5/2013 | Open | RESIDENT RE-OPEN | $0.00 |