TN

FILED
FEB 04 2014    2-1-14
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

# Amendment to Complaint

This is a written attempt to make amends in my 1983 Civil law suit Complaint, against KCDF & staff members, as I was instructed in notice from Chief U.S District Judge Varlen. The Case # that I would like to make the amends for is: 3:14-cv-15
(Varlan/Shirley)

## Amends

| Plaintiff | Defendents |
|---|---|
| Thomas R. Davis    vs | Sheriff JJ Jones |
|   ↓ | Chief Garza |
|   vs | Chief Hayes |
| (Also) → Defendents whose names will have to be determined once tapes are viewed of the assaults I suffered. | Lt. Worley |
| | Lt. Stevens |
| | Lt. Harmon |
| | Captain Anderson |
| | Corp. Sparks |
| | Corp. Vittitoe |
| | Ofc. McDaniels |
| | Ofc. Dozier |
| | Ofc. McAndrew |
| | Ofc. Thompson |
| | Nurse Hewit |
| | Nurse Daniels |

Page 1 of 4

- Lt Worley was made aware several times of the threats & abuse. She refused to investigate &/or refused to do anything about the abuse. She even went so far as to write on my grievance forms (about abuse) that I had a "Severe Mental illness & could not distinguish the difference between reality & fiction,," in an attempt to assassinate my character & justify allowing the abuse to continue. She also led other officer to bring more hate, threats, & assaults to me including threats from Lt Stevens on 11-5-13 & more!!! (violated my rights to feel safe & be treated equal)
- I wrote letters to Chiefs Garza & Hayes, Captain Anderson, & Lt. Worley pleading & begging for some relief to the viciousness of the daily mental & physical abuse I suffered,, & to open & conduct a thorough investigation!!! All my efforts were neglected. I feel each person neglected their duty to keep me safe or conspired to cover up the abuse I suffered or <u>Both</u>.
- Sheriff JJ Jones did nothing to insure my safety or address the numerous grievances about abuse & daily harassment.
- Lt Stevens used threats & intimidation (on 11-5-13) to me. He also partied to my money being tampered with & fraudulent charges to my account.

- Lt Harmon neglected to get involved & take the necessary steps to insure my safety after the assault & injury I suffered on 11-14-13. My neck was wrapped & I was denied any medical attention at all.
- Corp Sparks participated in assaults, threats, & intimidation. He also neglect to cease ongoing harassment by his second shift officers.
- Corp Vittitoe said he was starting his own investigation into the abuse I suffered. He later admitted to me that there was no investigation. In my opinion he let his loyalty to his co-workers get in the way of my safety.
- Ofc McDaniels used threats & intimidation on me.
- Ofc's Dozier, McAndrew, & Thompson used threats, intimidation, as well as multiple assaults, & misuse of force & authority on me. They took commissary, legal documents, & personal property from my cell & "teamed up" with daily harassment, racial slurs, threats, & more!!!
- Nurses Hewit & Daniels wrote false info. in my file & played party to my account being tampered with & funds taken for medical services that I never recieved!!!
- I was also assaulted by Security on 10-7-13 & 11-14-13 & I don't know names.

Pg 3 of 4

My orginal complaint has even more details of the exact date, time frame, & area where each incident took place.

Please & Thanks !!!
T. Davis # 523812

[signature]

Pg 4 of 4

Although plaintiff did not name additional defendants in either the caption of his complaint or in the section of the form complaint for naming defendants, he does refer in the body of the complaint to named and unnamed jail officials who he alleges took certain actions against him. Therefore, plaintiff will have twenty (20) days from the date hereof to amend his complaint to state exactly how his constitutional rights were violated and the specific defendant or defendants who violated his constitutional rights. *See LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013) ("Under Rule 15(a) a district court can allow a plaintiff to amend his complaint even when the complaint is subject to dismissal under the PLRA.").

Plaintiff's failure to amend his complaint will result in the complaint being dismissed for failure to state a claim and for failure to prosecute and to follow the orders of this Court. Plaintiff is **ORDERED** to inform the Court immediately of any address changes. Failure to provide a correct address to this Court within ten (10) days following any change of address will result in the dismissal of this action.

Because the plaintiff is an inmate in the Knox County Detention Facility, he is herewith **ASSESSED** the civil filing fee of $350.00. Pursuant to 28 U.S.C. § 1915(b)(1)(A) and (B), the custodian of the plaintiff's inmate trust account at the institution where he now resides is directed to submit to the Clerk, U.S. District Court, 800 Market Street, Suite 130, Knoxville, Tennessee 37902, as an initial partial payment, whichever is greater of:

(a) twenty percent (20%) of the average monthly deposits to the plaintiff's inmate trust account; *or*

3